FILED
IN CLERKS OFFICE
2019 MAR -8 PM 12: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

PAUL HANSMEIER

Debtor(s)          BKY 15-42460

PAUL HANSMEIER

Plaintiff(s)          ADV 16-4124

v.          Chapter 7 Case

SANDIPAN CHOWDHURY &
BOOTH SWEET, LLP

Defendant(s)

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, Lori Vosejpka, Clerk of the bankruptcy court of this district do certify that the attached judgment is a true and correct copy of the original judgment entered in the above entitled proceeding on **03/07/2018** as it appears of record in my office, and that:

☐☒     An appeal was taken from this judgment, and the judgment was affirmed by mandate of the United States District of Minnesota issued on 02/22/2019.

.

Witness my official signature          Lori Vosejpka
and the seal of said court.          Clerk of Bankruptcy Court

By: K. Haight
Dated: February 27, 2019          Deputy Clerk

(SEAL OF BANKRUPTCY COURT)          12/06/94;0105.