FILED
IN CLERKS OFFICE

2019 APR 18 AM II: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSSETS**

In re: Paul Hansmeier

Case No. 1:19-mc-91090-IT

Paul Hansmeier
*Creditor,*

vs.

Sandipan Chowhudry, Booth Sweet LLP
*Debtors.*

APPLICATION FOR SUPPLEMENTARY PROCESS
Under Massachusetts General Laws Ch. 224, §14

**Address of Debtors**: Sandipan Chowdhury, 354 America Boulevard, Unit 54D, Ashland, MA 01721

Booth Sweet LLP, 32 Essex St, Cambridge, MA 02139

**Amount of Judgment: $71,620.90**

**Docket No. of Underlying Action:** 16-ap-4124 (Bankr. D. Minn.) *registered in the District of Massachusetts as* 1:19-mc-91090-IT

NOW COMES Paul Hansmeier the judgment creditor ("Creditor"), and makes

application for supplementary process under M.G.L. c. 224, §14. Attached hereto as Exhibit A,

please find the Proposed Notice of Examination of Sandipan Chowdhury. Attached hereto as

Exhibit B, please find the Proposed Notice of Examination of Booth Sweet LLP.

On March 7, 2018, the U.S. Bankruptcy Court for the District of Minnesota entered

judgment against debtors Sandipan Chowdhury and Booth Sweet LLP in the amount of

$71,620.90. After the judgment was affirmed on appeal, the Creditor registered the judgment in

this district pursuant to 28 U.S.C. § 1963.

A money judgment entered in federal court is enforced by a writ of execution. Fed. R. Civ. P. 69(a)(1). Under Rule 69, the procedure on execution and in aid of judgment "must accord with the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(1); *see Aetna Casualty & Surety Co. v. Markarian*, 114 F.3d 346, 350 (1st Cir. 1997). In Massachusetts, after a judgment creditor files an application for supplementary process, "[a] summons may then issue requiring the judgment debtor to submit to" the "examination under oath as to his 'property and ability to pay.'" *In re Birchall*, 913 N.E.2d 799, 807 (Mass. 2009).

The Creditor respectfully requests that this Court enter an order (1) allowing his Application for Supplementary Process; (2) setting a date for an examination of the Debtors, Sandipan Chowdhury and Booth Sweet LLP, relative to their property and ability to pay the judgment entered against them in full or by partial payment from time to time; and (3) issuing the Notices of Examination in the forms attached as Exhibits A and B.

## CONCLUSION

The Court should grant Hansmeier's motion.

Dated: April 15, 2019

/s/ Paul R. Hansmeier
Paul R. Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125
E-mail: prhansmeier@gmail.com
Phone: 651-399-1583
*Pro Se*