UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

IN CLERKS OFFICE

2019 JUL 30 AM 11: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

Paul HANSMEIER
1272 Cortland Alcove
Woodbury, MN 55125

NEOPOST
07/24/2019
US POSTAGE $000.50
FIRST-CLASS

ZIP 02210
041M11276665

NIXIE    553    DE 1            0007/27/19

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 02210302599    *2021-10249-24-46

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PAUL HANSMEIER, | * |
| Applicant. | * |
| ************************************ | |
| PAUL HANSMEIER, | * |
| Creditor, | * |
| v. | * Civil Action No. 1:19-mc-91090-IT |
| SANDIPAN CHOWDHURY, BOOTH SWEET LLP, | * |
| Debtors. | * |

ORDER OF DISMISSAL

July 23, 2019

TALWANI, D.J.

Applicant Paul Hansmeier having withdrawn his Application for Supplementary Process under Massachusetts General Laws Ch. 224, § 14, with prejudice, this miscellaneous judgment enforcement proceeding is hereby dismissed with prejudice.

IT IS SO ORDERED.

July 23, 2019 /s/ Indira Talwani

United States District Judge